UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FARREL ISOM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2620** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "A"(3)** |

## ORDER AND REASONS

On June 22, 2016, the Court granted plaintiff's motion for summary judgment, reversed the Commissioner of the Social Security Administration's denial of benefits and remanded the matter for an award of benefits. *See* Rec. Doc. 30. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), plaintiff moved for an award of attorney fees. *See* Rec. Doc. 32. A memorandum with attached documentation in support of his request for attorneys' fees was included with the motion. *See* Rec. Docs. 32-3 & 32-4. The Commissioner has filed a response that she does not object to the award of the requested attorney fees. *See* Rec. Doc. 34. Upon review of the memorandum and in consideration of the requirements for awards of attorneys' fees under 28 U.S.C. § 2412(d), and finding that the requested amount is a reasonable award of EAJA fees, the Court now grants the award of attorneys' fees as requested.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's attorney, William R. Mustian, III is awarded fees in the amount of $2,295.00 [TWO THOUSAND TWO HUNDRED NINETY-FIVE DOLLARS AND ZERO CENTS] to be paid by the defendant.

New Orleans, Louisiana, this 15 day of August 2016.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE